**FISHER | TAUBENFELD** LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's email: liane@fishertaubenfeld.com
Writer's direct dial: (212) 384-0262

December 19, 2024

**VIA ECF**
Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York

            Re:    Dillard v. News Corporate Services Inc., et al
                    Case No.: 24-cv-05050 (LJL)

Dear Judge Liman:

      This firm represents Plaintiff in the above-referenced matter. We write to respectfully request an adjournment of tomorrow's status conference. The reason for this request is that my attendance is now needed in my youngest son's classroom to facilitate a holiday celebration tomorrow from 12:00 – 12:30 p.m. The other parent who was supposed to attend is now sick and there are no other parents available to volunteer. As I am a class parent, I am required to fill in. I have explained this to counsel for Defendants, who refuses to consent based on Your Honor's Individual Rules requiring adjournment requests two (2) days in advance. Unfortunately, I did not know until this morning that the other parent is sick.

      Accordingly, we respectfully request that the Court adjourn tomorrow's status conference. We apologize for any inconvenience this may cause the Court.

                                  Respectfully submitted,

                                  */s/ Liane Fisher, Esq.*

The initial pretrial conference originally scheduled for December 20, 2024 is adjourned to January 14, 2025 at 10:00 AM.

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge

December 19, 2024