

| | | |
|---|---|---|
| Steven W. Gold | Heath Loring | **Senior Counsel** |
| Steven G. Mintz* | Peter Guirguis | Jack A. Horn |
| Jeffrey D. Pollack* | Andrew R. Gottesman | Noreen E. Cosgrove |
| Elliot G. Sagor | Matthew S. Seminara | Timothy J. Quill, Jr. |
| Ira Lee Sorkin | Julia B. Milne | |
| Lon Jacobs | Ryan W. Lawler* | **Of Counsel** |
| Steven A. Samide | Andrew A. Smith | Honorable Vito J. Titone (*dec.*) |
| Scott A. Klein | Amit Sondhi | NY State Court of Appeals 1985–1998 |
| Terence W. McCormick*** | Brett Joshpe | Harvey J. Horowitz (*dec.*) |
| Robert B. Lachenauer | Michael Mooney | Honorable Howard Miller |
| Roger L. Stavis | Adam K. Brody | NY Appellate Div. 1999–2010 [ret.] |
| Charles A. Ross** | Andrew E. Steckler | Alan Katz |
| Richard M. Breslow | Alex J. Otchy* | Eric M. Kutner |
| Barry M. Kazan* | Philip Tafet | Andrew P. Napolitano° |
| Craig D. Spector* | Carli M. Aberle | Brian T. Sampson |
| Kevin M. Brown | Zachary J. Turquand | Erica Nazarian |
| Alexander H. Gardner | Kellyann T. Ryan | Tara Shamroth |
| | Sitie "Esther" Tang | Jared Van Vleet |

*Also admitted in New Jersey
**Also admitted in Florida
***Also admitted in California

°Admitted to practice only before all courts in New Jersey and all Federal Courts in New York City

December 20, 2024

**By ECF**
Hon. Lewis J. Liman
United States District Judge
500 Pearl Street, Room 1620
New York, NY 10007

    Re:    *Dillard v. News Corporate Services Inc., et al*,
            No.: 1:24-cv-05050 (LJL)

Dear Judge Liman:

    This firm represents Defendants NYP Holdings, Inc. and News Corporate Services Inc. in the above-captioned action. I write now under Rule 1.D of the Court's Individual Practices in Civil Cases to request that the Court re-schedule the initial pretrial conference in this matter.

    At the request of Plaintiff's counsel (ECF No. 17), yesterday, the Court re-scheduled that conference from today to January 14, 2025 at 10 am (ECF No. 18). Unfortunately, on January 14, 2025 at 10 am, I am scheduled to attend an in-person status conference in *Smartmatic USA Corp. et al v. Fox Corp., et al.*, No. 151136/2021 (N.Y. Cnty Sup. Ct.) I am generally available the week of January 14th, including in the afternoon of the 14th itself. But I am unavailable at 10 am.

**Mintz & Gold LLP**
600 Third Avenue, 25th Floor, New York, NY 10016

**O** 212.696.4848  |  **F** 212.696.1231
mintzandgold.com



December 20, 2024
Hon. Lewis J. Liman
Page 2

I provide the following information under the Court's Rule 1.D:

(1) The original date of the pretrial conference: **December 20, 2024;**
(2) The number of previous requests for adjournment or extensions of time: **Opposing counsel requested one adjournment of this conference;**
(3) Whether these previous requests were granted or denied: **The Court granted the adjournment, adjourning the conference until January 14, 2025**;
(4) Whether the opposing party consents, and, if not, the reasons given by the opposing party for refusing to consent: **Opposing counsel consents to re-schedule the conference**; and
(5) the date of the parties' next scheduled appearance before the Court: **The January 14th conference is the only scheduled appearance. Thus, re-scheduling this conference should not affect any other dates**

Accordingly, Defendants respectfully request that the Court reschedule the initial pre-trial conference, currently scheduled for January 14, 2025. We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Steven G. Mintz*

Steven G. Mintz

Cc: Counsel of Record (By ECF)

The Initial Pretrial Conference scheduled for January 14, 2025 is adjourned to January 21, 2025 at 3:00 PM.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

December 23, 2024

**Mintz & Gold LLP**
600 Third Avenue, 25th Floor, New York NY 10016

O 212.696.4848 | F 212.696.1231
mintzandgold.com